# RICHARD I. GRIBETZ
## Attorney at Law
### 345 Riverside Drive
### Suite 1F
### New York, NY  10025
### 212-749-4131

August 26, 2021

Clerk of the Court
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

Re:  Chapter 7 Case No. 21-71532, Adoni Hewitt

To the Clerk of the Court:

     Please be advised that the above referenced case was filed in error on August 25, 2021, as a result of some confusion regarding the filing of a redacted petition in Ms. Adoni's existing Chapter 7 case, No. 21-71172.

     Please take whatever steps are necessary to withdraw the case that was filed in error.

     You may contact me at 212-749-4131 or [gribr@earthlink.net](mailto:gribr@earthlink.net) with any questions.  Thank you for your attention.

                                    Sincerely yours,

                                    /s/ Richard I. Gribetz
                                    Richard I. Gribetz, Esq.